IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 3:23-cv-01168-N-BT |
| $39,900 in U.S. Currency, | § § § | |
| Defendants in Rem. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 10, 2024. (ECF No. 30). The District Judge has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court hereby GRANTS the Government's Motion to Strike Claim and Answer (ECF No. 25), STRIKES Claimant Kentrell Harris's Claim (ECF No. 6) and Answer (ECF No. 9), and DISMISSES Harris's claim to the $39,900 in U.S. currency.

**SO ORDERED**, this 19th day of July, 2024.

_____
DAVID C. GODBEY
CHIEF JUDGE